**Opinion issued October 21, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00531-CR

————————————

## IN RE ANTHONY LOUIS HARRISON, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Anthony Louis Harrison, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus asserting that the trial court has "ignored and/or disregarded" relator's "Motion for New DNA Testing" pursuant to Texas Code of Criminal Procedure article 64.  Relator's mandamus petition requests that this Court issue a writ of mandamus directing the trial court to "hear and issue a final ruling" on relator's motion.

We deny relator's petition for writ of mandamus.[1] *See* Tex. R. App. P. 52.3(k) (relator required to provide appendix which "must contain" certified or sworn copy of any "document showing the matter complained of"), 52.7 (relator "must file" record with mandamus petition containing "certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (relator must provide mandamus record sufficient to establish right to mandamus relief). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Farris.

Do not publish. Tex. R. App. P. 47.2(b).

---

[1] The underlying case is *Anthony Louis Harrison v. The State of Texas*, Cause No. 635340, in the 230th District Court of Harris County, Texas, the Honorable Chris Morton presiding.